**Motion for Rehearing Granted; Memorandum Opinion filed August 20, 2015, Withdrawn; Appeal Reinstated; and Order filed October 23, 2015.**

In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00188-CV
_____

### RICARDO TIJERNIA, Appellant

### V.

### ROBERT WYSONG AND HOUSTON INTERNATIONAL AIRCRAFT SUPPORT, INC., Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2011-14628**

## ORDER

On August 20, 2015, this court issued an opinion dismissing this appeal. On September 8, 2015, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed August 20, 2015, is **WITHDRAWN**, and our judgment of that date is **VACATED**. The appeal is ordered **REINSTATED**.

PER CURIAM